1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

11   RICHARD DEMARSHAF                )        No.  EDCV 18-1876-ODW  (AGR)
     MENYWEATHER,                     )
12                                    )
                  Petitioner,         )
13                                    )        ORDER ACCEPTING FINDINGS AND
       v.                             )        RECOMMENDATION OF UNITED
14                                    )        STATES MAGISTRATE JUDGE
     UNITED STATES OF AMERICA,        )
15                                    )
                  Respondent.         )
16   _____ )

17
        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,
18
     including the magistrate judge's Report and Recommendation.  No objections to the
19
     Report have been filed.  The Court accepts the findings and recommendation in the
20
     Report.
21
        IT IS ORDERED that Judgment be entered denying the Petition for Writ of
22
     Habeas Corpus and dismissing this action with prejudice.
23

24
     DATED:  April 20, 2021          _____
25                                          OTIS D. WRIGHT
                                     United States District Judge
26
27
28